UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
WILLIAM R. MOYER
JENNIFER L. MOYER
Debtors

CASE NUMBER: 16-10077
CHAPTER 13

AGREED MODIFICATION

COME NOW, the Trustee, Debra L. Miller, by Counsel, and the Debtors, by Counsel, and state as follows:

1. Debtors shall pay all unsecured creditors in full with 5% interest.
2. In the event the Debtors later seek to reduce their unsecured dividend below 100%, Debtors must pay a like amount to unsecured creditors as is being paid to late-filed mortgage arrearages.

Dated: March 28, 2016

s/Katherine Iskin
Katherine E. Iskin (33679-71),
Staff Attorney for Debra L. Miller
PO Box 11550
South Bend, IN 46634
(574) 254-1313

/s/_Jeff Arnold _
Jeff Arnold
209 W. Van Buren St.
Columbia City, IN 46725
(260) 248-2169