SO APPROVED.
DATED:    March 30, 2018

 /s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court

**TED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | |
| WILLIAM R MOYER | CASE NUMBER: 16-10077 |
| JENNIFER L MOYER | |
| Debtors | CHAPTER 13 |

## AGREED ORDER RESOLVING TRUSTEE'S OBJECTION TO NOTICE OF PAYMENT CHANGE (DOCKET #45)

COMES NOW, the Trustee, Debra L. Miller, Debtors, by counsel, Jeff Arnold, Esq., and creditor by counsel, D. Anthony Sottile and agree as follows:

1. SN Servicing is the servicer for the first mortgage on the Debtors' residence for the note held by US Bank Trust. The proof of claim in this case was filed by Rushmore Loan Management LLC who was servicing the loan for Christiana Trust. A Notice of transfer of claim was filed on April 24, 2017 indicating the transfer.

2. On January 3, 2018, US Bank filed a Notice of Payment Change in this case. The Notice provided that the escrow payment was changing from $268.21 a month to $308.88 a month beginning March 1, 2018.

3. On February 8, 2018, Trustee filed her Objection to the Notice. This Agreed Order resolves that Objection.

4. The parties agree that:
    a. The servicer, SN Servicing, is required to apply payments received during the bankruptcy pursuant to the terms of the confirmed plan.

b.  The servicer agrees that for all future filing in the Northern District of Indiana, pre-petition arrearage payments will be applied solely to pre-petition amounts due; and post petition amounts received will be applied solely to post petition amounts due.

c.  The servicer agrees that all escrow analysis conducted for cases in a Chapter 13 bankruptcy in the northern District of Indiana will be conducted on a post petition and not a contractual basis beginning April 1, 2018.

d.  The servicer agrees that the ongoing monthly payment as of April 1, 2018 will be $591.56 for principal and interest and $288.83 for escrow for a total payment of $875.39 not the $900.44 as shown on the Notice of Payment Change.

e.  The servicer agrees to modify its system as required to implement the amounts provided in this Agreed Order.

f.  The parties agree that as of February 22, 2018, the Debtors' post petition escrow account had a positive balance of $1939.32 with an escrow surplus of $495.72.

g.  The parties agree that each will bear their own costs for this Objection and no fees or costs will be assessed to the Debtors for this litigation.

WHEREFORE, the parties ask that the Court approve this Agreed Order which resolves the Trustee's Objection and modifies the Notice of Payment Change to the benefit of the estate.

Dated: March 26, 2018

Respectfully Submitted,

| /s/ Debra L. Miller, Trustee | /s/ Jeffrey S. Arnold, Esq. | D. Anthony Sottile, Esq. |
|---|---|---|
| Standing Chapter 13 Trustee | Counsel for the Debtors | Counsel for SN Servicing |
| P. O. Box 11550 | 209 West VanBuren | Sottile & Barile, Atty at Law |
| South Bend, Indiana 46634 | Columbia City, IN | PO Box 476 |
| 574-254-1313 | 46725 | Loveland, OH  45140 |