UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:      CASE NO.  16-10077
WILLIAM R MOYER
JENNIFER L MOYER
Debtors      CHAPTER 13

**AGREED ORDER RESOLVING TRUSTEE'S OBJECTION TO
SN SERVICING'S NOTICE OF PAYMENT CHANGE FILED SEPTEMBER 3, 2019**

Comes now Debra L. Miller, Trustee, Jon Lieberman, Counsel for SN Servicing, and Jeffrey Arnold, Counsel for Debtors and agree as follows:

1. Parties agree that as of October 11, 2019, the balance in the escrow account is $648.51;

2. Parties agree that the ongoing monthly payment, as of September 2019 is $910.05;

3. Parties agree that the calculated escrow shortage as of August 31, 2019 is $51.18;

4. SN Servicing has modified their system to show these balances and amounts due as of the date of this Agreement;

5. That this agreement supersedes the Notice of Payment Change filed on July 29, 2019 and resolves the Trustee's Objection to the Notice of Payment Change.

16-10077  Moyer
Agree Order on Trustee's Objection to Notice of Payment Change

6. Parties agree that each side will bear their own costs and that any expense, fees or costs from this matter are non-recoverable from the Debtors and will not be assessed to their mortgage.

Dated:  September 30, 2019

| /s/ Debra L. Miller, Trustee | Jon Lieberman, Esq. | Jeffery S. Arnold, Esq. |
|---|---|---|
| Standing Chapter 13 Trustee | Counsel for SN Servicing | Counsel for Debtors |
| PO Box 11550 | Sottile & Barile | Jeffrey S. Arnold P.C. |
| South Bend, IN | 394 Wards Corner Road #180 | 5612 W. Jefferson Blvd |
| 46634 | Loveland, OH  45140 | Fort Wayne, IN  46804 |

SO ORDERED, this _____

_____
Robert E. Grant, Chief Judge
United States Bankruptcy Court
Northern District of Indiana
Fort Wayne Division